1 | BENJAMIN B. WAGNER
United States Attorney
2 | MATTHEW M. YELOVICH
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
MAY 05 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

           Plaintiff,

    v.

FRANK HER,

           Defendant.

CASE NO. 2:15-MJ-085 CKD

ORDER UNSEALING REDACTED CRIMINAL COMPLAINT AND AFFIDAVIT

The government's application to unseal a redacted copy of the criminal complaint and underlying affidavit is HEREBY GRANTED as follows:

The case is unsealed with the exception of the original complaint and affidavit. The original complaint and its accompanying affidavit will remain sealed. The Clerk is directed to file a redacted copy of the complaint and affidavit on the public docket.

SO ORDERED.

Dated: May 5, 2015                        By: _____
                                                           HON. ALLISON CLAIRE
                                                           United States Magistrate Judge